(April 12, 1954.)

In the Matter of the Accounting of BENJAMIN O. CHISOLM, as Surviving Trustee, and CENTRAL HANOVER BANK AND TRUST COMPANY et al., as Successor Trustees under the Will of MARY A. CHISOLM, Deceased. JAMES GIBB, as Executor of JULIA R. SMALL, Deceased, Appellant; B. OTTO JACOBSEN et al., Individually and as Committee of FREDERICK A. M. SCHIEFFELIN, an Incompetent Since Deceased, and as Executors of FREDERICK A. M. SCHIEFFELIN, Deceased, et al., Respondents.— Motion to enlarge the record on appeal and for other relief denied, without costs. In view of the decision in *Matter of Chisolm* (*post,* p. 880) decided herewith, the evidence sought to be adduced, relating as it does to an error of law subject to correction on appeal, cannot serve as a basis for vacating the decree herein. Present — Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.